

Mr. Keith Brown #248-114
MTC
954 Forrest Street
Baltimore, MD 21202

United States District Court
Staff Attorney's Office
101 W. Lombard Street
Baltimore, MD 21201-2691

Re: Case No. (99-238)
    Case No. (D-MDX-1-00-CV-001112-001)

Dear Sir or Madam:

I have been transferred to to MTC at the above address.

From April 8, 2005, to the present my balance due have not been listed on my receipts that I received from the court.

I have not received a receipt for $20.20 sent to you on about 12-30-05, and for the $17.23 that was sent to you recently on 1-27-06. Copy enclosed of Banking Statement.

Can you please send me the balances for the above references cases?

It's very imperative that I know the balances.

Sincerely,

Keith Brown #248-114

cc: File

SCANNED

```
P/N        B32025           INMATE BANKING SYSTEM                    DATE:  02/03/06
PAGE       1                    INMATE INQUIRY                       TIME:  14:18
DOC#:      248114       NAME:   BROWN              KEITH        P    SSNO:  000-00-000
NOTE:   FROM 10 JR9 294
   DATE     CODEID       OP ID      REFERENCE
     CRTCOSTS           HOLD       CONTRBND        TRANS       RESERVE       ACTIVE       BALANCE
 01/27/06  77020001     BATCH      FED. FEES PAID
       0.00              0.00          0.00         17.23-       40.00         59.03         99.03
 01/12/06  61020002     C50664     JR6 257 UPS
       0.00              0.00          0.00         10.05-       40.00         76.26        116.26
 01/05/06  21020002     C50664     PAYROLL DEC
       0.00              0.00          0.00         22.05        40.00         86.31        126.31
 01/04/06  20020001     C51541     271928
       0.00              0.00          0.00         20.00        40.00         64.26        104.26
 12/30/05  77020001     BATCH      FED. FEES PAID
       0.00              0.00          0.00         20.20-       40.00         44.26         84.26
 12/29/05  88020010     E51856     CELL SHOP
       0.00              0.00          0.00         22.29-       40.00         64.46        104.46
 12/29/05  88020006     E51856     DWELLING HOUSE
       0.00              0.00          0.00         50.00-       40.00         86.75        126.75
 12/27/05  65020001     E50394     TO SHG # SH0297
       0.00              0.00          0.00         10.00-       40.00        136.75        176.75
 MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OF
```