Mr. Keith Brown #248-114
MTC
954 Forrest St.
Baltimore, MD 21202



FEB 17 2006

Clerk, United States District Court
101 W. Lombard St.
Baltimore, MD 21201

Re: Case No. (99-238)
    Case No. (D-MDX-1-00-CV-001112-001)

Dear Clerk:

This letter is in follow-up to my most recent letter. I have been transferred to MTC at the above address.

Tonight I received a receipt from the Court for $20.20 and $17.23. However, the receipts do not the balances for the above reference cases.

Can you please send me the balances for the two above reference cases? It is very imperative that I know the balances.

Thank you for your assistance.

Sincerely,

Keith Brown #248-114

cc: File

SCANNED